

## NUMBER 13-13-00111-CR

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

ROLAND BLAKE FEARS,                                          Appellant,

v.

THE STATE OF TEXAS,                                          Appellee.

### On appeal from the 138th District Court
### of Cameron County, Texas.

## ORDER OF ABATEMENT

### Before Chief Justice Valdez and Justices Rodriguez and Longoria
### Order Per Curiam

This cause is before the Court on appellant's unopposed motion to supplement the record. The reporter's record in this cause was filed on September 12, 2013. Appellant has advised this Court that the reporter's record does not include: State Exhibit 11, Defendant's Exhibit 2, State Exhibit 4, and four CPS discs that were sealed.

When a relevant item has been omitted from the reporter's record, the appellate court may by letter direct the trial court clerk to prepare, certify, and file in the appellate court a supplemental reporter's record containing the omitted items. *See* TEX. R. APP. P. 34.6(d). Accordingly, appellant's motion to supplement the record is GRANTED and this appeal is ABATED.

The court reporter of the 138th District Court of Cameron County is directed to forward all of the exhibits entered into evidence before the jury not previously filed with the Court in trial court cause number 2012-DCR-986-B, including State Exhibit 11, Defendant's Exhibit 2, State Exhibit 4, and four CPS discs that were sealed. The exhibits shall be filed with this Court within twenty days from the date of this order.

This appeal will be reinstated upon receipt of the exhibits and upon further order of this Court.

IT IS SO ORDERED.

PER CURIAM

Do not publish.
Tex. R. App. P. 47.2(b).

Delivered and filed the
6th day of February, 2014.